UNITED STATES OF AMERICA

vs.

**KASEY JAMES CAUDILL**
6:25-CR-0049-AGM-NWH

---

## **Mitigation Appendix**

**A. Psychological Report** – June 19, 2025- *Attached to the Pre-Sentence Report*
   *Dr. Susan Sullivan, PhD*

**B. Mr. Caudill's statement to Judge**

**C. Treatment Summary** - February 4, 2026
   Intensive Treatment Modalities
   *Jack B. Stultz, M.S., LMFT*

**D. Character Letter**

Connie Caudill - *Mother* ................................................................................. D-1

Gissel Castillo- *Friend* ................................................................................. D-2

**E. Photograph of Son**

**F. Treatment Summary-** November 24, 2025
   *Dr. Duncan Bowan, PhD*

**G.** Certificate of Completions – *17 pages*
   *Completed while at Seminole County Jail*

Charles L. Pritchard, Jr.
Federal Public Defender
Middle District of Florida

*s/ Aziza Hawthorne*
Aziza Hawthorne
Assistant Federal Defender
201 South Orange Ave., Ste. 300,
Orlando, Florida 32801

# A. Psychological Report – June 19, 2025

Dr. Susan Sullivan, PhD
Copy was sent to Probation

B

Dear Judge Moe,

Thank you for giving me this chance to address you and be heard today. My name is Kasey Caudill.

I have made a lot of wrong decisions and misjudgments in my life but I am very capable of learning and adapting to not making the same mistakes in order to better my life and those around me through a desire to change and be healthy. Reformation comes through the heart or the emotional side of man, not through his head or reasoning side. Reformation means a change of heart. It does not mean a change of head.  I have a burning desire to change because I know there is something wrong with me. I wish truly to become a better person, both mentally and physically. I want to become the best version of myself for my family, society and myself.

During the time I have been in jail, I have been working on myself. Through much financial sacrifice for my mother, I have been able to see a therapist while in jail. He has been amazing and has been teaching me a lot about myself, my past traumas and how they affect me today and how to move forward and cope with all of these things. Meeting with my therapist, Benji, is something I always look forward to because I know he is guiding me on the right path for self-improvement and becoming mentally healthy which I wish to achieve desperately. Self help books and taking NALU classes on the tablets that we are supplied are also one of my favorite pass times.

The self-help books have given me a newfound sense of self worth and are giving me confidence for success in the present and future. Learning new things to further educate myself whether it be by the NALI classes or by books is always fun and gives me an opportunity to improve myself. Being in jail has given me a great start to the reformation process. I have learned so much about myself, my traumas, and the way my traumas affect my behavior through therapy and a lot of self-reflection. Therapy is teaching me different outlets for my stress and how to cope with my traumas. Being able to freely talk about my traumas and addictions has helped me tremendously in a lot of ways, including allowing me to gain mental clarity and understanding how and why my mind works the way that it does.

Looking back to how I was before I got arrested, I can see a lot of errors in my old ways. I see that I was very immature and selfish. I am trying every single day to correct my behavior and grow into the man my parents raised me to be. I realized I have made a lot of excuses for my behavior.

Today I carry heavy remorse and guilt about the situation at hand and my actions. Saying that I am very ashamed of myself and my actions are an understatement, but I am ashamed to say the least. Because of my poor decision making, I have lost a lot of things, people in my life, and have also missed a lot of precious moments that I can never get back, I had a beautiful life, an amazing, beautiful family, and a great career as a heavy equipment mechanic.

I am very sorry that I put my mom in this horrible position. She will be 68 years old on the day of my sentencing, and I left her alone to pay the bills, take care of the house, help take care of my son, and so much more. I am all that my mom has out there, and I know that she struggles to stay afloat without my presence and that is completely my fault.

I am sorry to my son to whom I left without a father and caretaker. He is 4 years old and asks my mom about me all the time. He wonders where I am and misses me.

Lastly, and most importantly, I am extremely sorry to the victims in this case. I often think about how my actions affected their mental health and quality of life. I am beyond sorry for contributing to their trauma. The word sorry does not do justice for the sorrow and pain I feel for them. I am so sorry for contributing to what they went through, and I hope so desperately that they get the mental help they need in order to work through their traumas and live a beautiful normal life. I am so sorry for everything that I did that affected them.

Your honor, thank you for taking your time and thank you for reading. I am so grateful that you are allowing my voice to be heard and for that, I thank you very much.

Thank you

Kasey Caudill

C

## The ITM Group
### Intensive Treatment Modalities
1208 NW 6th Street, Gainesville, Florida 32601
(352) 379-2829  Fax: (352) 379-2843

February 2, 2026

Indhira Molina
Investigator
Office of the Federal Public Defender
201 S. Orange Ave., Suite 300
Orlando, FL  32801
(407) 648-6338 Office

Re: Kasey Caudill              DOB: 10/12/1996

This is a letter to update regarding the treatment progress thus far for Mr. Kasey Caudill, who was referred and began outpatient individual treatment while in custody at the Seminole County Jail.  In total Mr. Caudill has been seen for eight sixty minute individual sessions, completed on 08/01/25, 08/22/25, 09/12/25, 10/03/25, 10/24/25, 11/14/25, 12/20/25, and 01/30/2026.

Mr. Caudill has been actively participating in each session, answers questions openly and processing concepts as part of addressing aspects of issues in his life leading up to his recent arrest.   Concepts discussed as a part of sessions included looking at his childhood development and relationships, mental health history, sexual history, and his previous history of therapy for problem sexual behaviors.

At the time of his most recent offense, Mr. Caudill was in outpatient sex offender treatment with a provider in Brevard County.  He has discussed some of the concepts he was working on while in the program.  He has been reflecting on aspects of how he initially made a poor decision to seek to talk online with other women, and was afraid to discuss this in his sessions for fear of receiving negative feedback.  However, he now realizes he was enlarging the feedback he may have received, and also realized any feedback would have been benefiting for addressing his decisions he was making before engaging in any offending behavior.

Mr. Caudill also reported he never disclosed previous sexual abuse that had occurred when he was a child until his violation of probation.  This started at age 4 from an adult female babysitter, and then later by older male boys in exchange for Hot Wheels toys.  He states he was too uncomfortable to open up about this previously.  While he does not directly blame his offenses on his abuse, he now realizes it would have benefited him to open up about this and see how this affected aspects of his beliefs on sexual behavior, boundaries, and the development of using sexual gratification as a way to cope at times in his life.

Mr. Caudill reports no previous history of arrests other than his first arrest for possession of child pornography in 2021.  He reports use of medication for ADHD and mood management in the past, prescribed medication such as Lithium and Prozac.  Mr. Caudill reports some use of marijuana and alcohol, with the marijuana decreasing in high school but some heavy alcohol use until age 19.  Mr. Caudill states he dropped out of school in the 11th grade, but did later obtain his diploma.  He reports having issues with poor grades starting after his father

passed away when he was 13 years old.  In discussing his history, Mr. Caudill reports having some romantic partners, including the mother of his four year old son. In discussing his sexual history and beliefs about sex, relationships, and boundaries, Mr. Caudill was very amenable to challenging some of the beliefs he had before his most recent arrest.  Overall when discussing aspects of issues and past problematic decisions, Mr. Caudill was greatly remorseful for his actions and the effects of harm for all affected by any problematic behaviors.  He reports being concerned about the length of potential incarceration and not being able to be in the community to help care for his mother and his son.

Overall Mr. Caudill appears to continue benefiting from attending outpatient treatment and appears very amendable to addressing his issues as a part of a counseling program.  Once sentenced, he appears to be a very good candidate to do well in problem sexual behavior specific counseling, to be completed with a therapist who specializes in sex offender-specific treatment following the guidelines set forth by ATSA (Association for the Treatment and Prevention of Sexual Abuse).

If you have any further questions or concerns, please feel free to contact me either by cell phone at #407-782-4442 or by email at benji@itmflorida.com.

Sincerely,

*Jack B Stultz, LMFT*

_____

Jack B. Stultz, M.S., LMFT
Licensed Marriage & Family Therapist #MT2147

D-1

July 27, 2025

Dear Judge Moe,

I want to tell you a little bit about my son Kasey Caudill.  He is the youngest of two boys.  They are six years apart.  I recall when Kasey was about 4 years old he had an imaginary friend.  I can't remember his name right now.  He would also tell me and his great aunt stories about the monsters in the woods.  He looked up to his big brother and always wanted to follow him around.  When his brother was a little bit older and in high school, he didn't really want to hang out with Kasey.  That is when they drifted apart and then his brother went off to college.

When Kasey was about thirteen years old, his dad passed away.  Unfortunately, Kasey was the one that found him.  His Dad had not been feeling good.  We went to the doctor on a Monday and we were told if he wasn't feeling better by Wednesday to come back.  I slept in a different room on Tuesday night so I wouldn't disturb him when I got ready for work.  When Kasey went to tell him goodbye, that he was leaving for school, his dad was not responding.  I recalled he called me crying at work and told me that he thought that his Dad was dead.

That was a really rough time for Kasey.  He started doing bad in school and really didn't want to go.  He started having stomach trouble.  We went to several doctors who didn't really help.  Then I tried taking him to a psychologist that really didn't seem to help much either.  And one of his good friends from school was killed in a tragic car accident.  And that really affected Kasey as well.

Kasey held a couple of small jobs, and then my mother fell and broke her hip and we had to care for her.  We eventually ended up having to move into her house with her and move out of our house, which was Kasey's childhood home at that time.  Then my mom passed away, and we stood living in her house.  Shortly after my mom's death one

of Kasey's good friends from school committed suicide by hanging himself.  Kasey was really hurt by his friend's death because he felt like he should have reached out to him a little bit more.  That was a very dark time for Kasey.

Then he started to get his stuff together.  We started working on the house and he did a lot of work around the house, fixing it up.  He did all the floors and painted and tore down walls.  He had a couple of girlfriends.  Then he met a girl, and she got pregnant with a baby.  Kasey was very proud and excited, but it turned out that I guess she wasn't really in love with him, so that didn't work out.  But he loved Kason very much and he was more of a caregiver to Kason than the baby's mom at that point in time.

Kasey got a job with Cypress Gulf, and he had been doing good with that.  Then one of his childhood friends wanted him to go into business with him.  Kasey worked on his friend's truck and equipment for the business.  He had given his two-week notice at Cypress.  His best friend decided after Kasey did all that work for him to let him go.  Luckily, he was a very good worker for Cypress and they took him right back.  Kasey was always willing to help anyone that asked him for help unless he absolutely was not able to.  Kasey was the type to stop every time if he saw someone on the road broken down and would try to push their car out of the road or help them.

I don't have words to express what I am feeling right now.  Kasey's situation has broken my heart and affected my life.  This is mother's worst nightmare.  I don't condone what he has done.  I am heartbroken but with the same I love him and will always love him.  I pray and hope that God touches my son and your heart, your honor and that you have mercy when you sentence him.

Kindly,

*Connie Caudill*

D-2

Dear Honorable Judge Berger:

My name is Gissel Castillo. I reside in Melbourne, Florida. I work at the Home Depot as a Customer Service Associate and I also work in other departments when needed. I am also an entrepreneur starting my own small business.


I have been an acquaintance of Kasey from junior high school to present. Seven years ago, we started dating. During our relationship, we got along very well. Kasey and I would spend time together as a family with his mother on Sundays for family outings. We had a balanced relationship with open and honest communication. Kasey treated me extremely well and was respectful of my feelings, attentive to my happiness and mental health.

Furthermore, Kasey has been a constant support for me during challenging times such as my parents divorce. His family allowed me to stay with them for a year while navigating challenging issues with my parents' situation. We dated for 2 years and continued a fond friendship for four years.

As a person, Kasey has a heart of gold.  When someone needs assistance  or if they are in dire need, he is the first to offer assistance or find a resolution to the problem. On one occasion, when my mother was in a car accident, he noticed that my mother's car was damaged and offered to pay for it.  Kasey loves helping people in the community because it makes his heart joyful. He is hardworking and always provides for his family.

I am not fully familiar with the details of  the charges, but I am shocked and in disbelief to learn that it involved child pornography.  This is just so out of character for him and not a part of his nature. As long as I have known Kasey, he has always been aware, rational and level-headed. Kasey has always been an individual to walk away from conflict or diffuse an escalating situation. I was not aware of his arrest until I conducted an internet search. I immediately contacted his mother for insight into his situation.

For many years, Kasey has always set clear boundaries. Perhaps the influence that has been presented at this juncture today occurred because something expectedly triggered him mentally or emotionally.

Respectfully,

Gissel Castillo

E

<u>United States of America v. Kasey James Caudill</u>
6:25-CR-49- WWB-UAM

Below are photographs of Mr. Caudill's young son K.M.C., age 4.  His son lives with child's mother in Melbourne, FL.  K.M.C. is in pre-k currently.

Prior to Mr. Caudill's incarceration, he was present in his son's life despite his separation from the child's mother.  Mr. Caudill provided financially for his son and had him over weekly. He continues reaching out to his son via letters.  His son spends every weekend with Mr. Caudill's mom.

 

F

## Duncan Bowen Ph.D.
### 1600 Sarno Road, Suite 216, Melbourne FL 32935
### Phone: 321- 543-8882  Email: drduncanbowen@gmail.com

Investigator Indhira Molina                                    November 24, 2025
Federal Public Defender Office
201 S. Orange Ave
Suite 300
Orlando, FL 32801

**RE:  KASEY CAUDILL**
**DOB:** ▮▮▮▮▮▮▮
**CASE#:  6:25-CR-49-WWB-UAM**

Kasey Caudill was referred by the Florida Department of Corrections per Court-Order of Circuit Judge Morgan Reinman.  He was evaluated on August 30, 2021 and entered Sexual Offender Treatment with the undersigned on November 3, 2021.

Mr. Caudill was placed in weekly group therapy for Sexual Offenders.  He attended weekly group therapy until October 23, 2024, when he violated probation.

During the course of treatment, Mr. Caudill's weekly attendance was excellent, his participation and attitude toward treatment was good.  He was never resistant to treatment.

Mr. Caudill was administered Polygraph Examinations as part of his treatment.  The polygraphs were administered by Metzgar, Conley & Associates Polygraph Services, P.O. Box 1305, Wauchala, Florida, 33873, Telephone 813-416-6164.

Mr. Caudill submitted to polygraph examinations on the following dates:

| Date | Result |
|---|---|
| October 23, 2024 | No Deception Indicated |
| October 18, 2023 | No Deception Indicated |
| June 29, 2023 | Significant Response |
| June 28, 2022 | No Deception Indicated |
| March 8, 2022 | No Deception Indicated |

Mr. Caudill did not complete Sexual Offender Treatment.  He was arrested.  Last treatment contact was October 23, 2024

It is recommended that Mr. Caudill be court ordered into Sexual Offender Treatment untill Successful Completion

**Duncan Bowen, Ph.D.**
FL-LMHC-0645

G

# Certificate of Completion

**This certifies that the person named below has completed a**
**4 Hour Parenting Skills Class**

COURSE FOR PARENTING SKILLS

PARENTING SKILLS CLASS

Kasey J. Caudill

3955 Post Rd., Melbourne, FL 32934

Date of Birth: 10/12/1996

Date of Course Completion: 05/16/2025

Certificate Number: 1461980



Verify the authenticity of this certificate by
visiting: NALearning.org/Verify

Mr. Robert A. Williams, Course Instructor
(888) 338-8855 | certificate@courseforparentingskills.com

# Certificate of Completion

## This certifies that the person named below has completed a
## 4 Hour Behavior Modification Class

**COURSE FOR BEHAVIOR MODIFICATION**

**BEHAVIOR MODIFICATION CLASS**

Kasey J. Caudill

3955 Post Rd., Melbourne, FL 32934

Date of Birth: 10/12/1996

Date of Course Completion: 05/22/2025

Certificate Number: 1467435

Verify the authenticity of this certificate by
visiting: NALearning.org/Verify

Mr. Robert A. Williams, Course Instructor
(888) 338-8855 | certificate@courseforbehaviormodification.com



# Certificate of Completion

**This certifies that the person named below has completed a
1 Hour Bullying Awareness and Prevention Class**

## COURSE FOR BULLYING

BULLYING AWARENESS & PREVENTION CLASS

Kasey J. Caudill

3955 Post Rd., Melbourne, FL 32934

Date of Birth: 10/12/1996

Date of Course Completion: 06/03/2025

Valid for 1 Year

Certificate Number: 1477159

This Program ID: 686462, has been approved for 1HR (General) recertification credit hours toward aPHR®, aPHRi™, PHR®, PHRca®, SPHR®, GPHR®, PHRi™ and SPHRi™ recertification through HR Certification Institute® (HRCI®).

Verify the authenticity of this certificate by visiting: NALearning.org/Verify

Mr. Robert A. Williams, Course Instructor
(888) 338-8855 | certificate@courseforbullying.com




# Certificate of Completion

**This certifies that the person named below has completed a
4 Hour Conflict Resolution Class
and has passed a written knowledge assessment**

COURSE FOR CONFLICT RESOLUTION

CONFLICT RESOLUTION CLASS

Kasey J. Caudill

3955 Post Rd., Melbourne, FL 32934

Date of Birth: 10/12/1996

Date of Course Completion: 06/02/2025

Certificate Number: 1476435



Verify the authenticity of this certificate by
visiting: NALearning.org/Verify

Mr. Robert A. Williams, Course Instructor
(888) 338-8855 | certificate@courseforconflictresolution.com

# Certificate of Completion

## This certifies that the person named below has completed a 4 Hour Anger Management Class

### COURSE FOR ANGER
### ANGER MANAGEMENT CLASS

Kasey J. Caudill

3955 Post Rd., Melbourne, FL 32934

Date of Birth: 10/12/1996

Date of Course Completion: 05/13/2025

Certificate Number: 1459177



Mr. Robert A. Williams, Course Instructor
Certified Anger Management Specialist (CAMS-1)
Certified Domestic Violence Specialist (CDVS-1)
(888) 338-8855 | certificate@courseforanger.com

Verify the authenticity of this certificate by
visiting: NALearning.org/Verify

# Certificate of Completion

**This certifies that the person named below has completed a
4 Hour Parent Education And Family Stabilization Course**

## COURSE FOR PARENTS

PARENT EDUCATION & FAMILY STABILIZATION COURSE

Kasey J. Caudill

3955 Post Rd., Melbourne, FL 32934

Date of Birth: 10/12/1996

Date of Course Enrollment: 05/19/2025

Date of Course Completion: 05/19/2025

Certificate Number: 1464240

eLearning Systems, LLC is approved by Florida's
Department of Children & Families (DCF) as a
Distance Learning provider of the Parent
Education And Family Stabilization Course,
Florida Statute 61.21

Verify the authenticity of this certificate by
visiting: NALearning.org/Verify

Mrs. Shera S. Poutree, Course Instructor
(888) 338-8855 | certificate@courseforparents.com



# Certificate of Completion

**This certifies that the person named below has completed a**
**1 Hour CPR Training Class**
**and has passed a written knowledge assessment**

## COURSE FOR CPR
### CPR TRAINING CLASS

Kasey J. Caudill

Melbourne, FL

Date of Course Completion: 06/04/2025

Valid for 2 Years

Certificate Number: 1478494

This Program ID: 686411, has been approved for 1HR (General) recertification credit hours toward aPHR®, aPHRi™, PHR®, PHRca®, SPHR®, GPHR®, PHRi™ and SPHRi™ recertification through HR Certification Institute® (HRCI®).

Verify the authenticity of this certificate by visiting: NALearning.org/Verify

Mr. Robert A. Williams, Program Director
(888) 338-8855 | certificate@courseforcpr.com




# Certificate of Completion

## This certifies that the person named below has completed a
## 4 Hour Drug and Alcohol Awareness Class

**COURSE FOR DRUGS & ALCOHOL**

DRUG & ALCOHOL AWARENESS CLASS

Kasey J. Caudill

3955 Post Rd., Melbourne, FL 32934

Date of Birth: 10/12/1996

Date of Course Completion: 06/18/2025

Certificate Number: 1490473



Verify the authenticity of this certificate by
visiting: NALearning.org/Verify

Mr. Robert A. Williams, Course Instructor
(888) 338-8855 | certificate@coursefordrugsandalcohol.com

# Certificate of Completion

**This certifies that the person named below has completed a 4 Hour Domestic Violence Class**

## COURSE FOR VIOLENCE
### DOMESTIC VIOLENCE CLASS

Kasey J. Caudill

3955 Post Rd., Melbourne, FL 32934

Date of Birth: 10/12/1996

Date of Course Completion: 06/08/2025

Certificate Number: 1481451



Mr. Robert A. Williams, Course Instructor
Certified Domestic Violence Specialist (CDVS-1)
Certified Anger Management Specialist (CAMS-1)
(888) 338-8855 | certificate@courseforviolence.com

Verify the authenticity of this certificate by
visiting: NALearning.org/Verify

# Certificate of Completion

**This certifies that the person named below has completed a
1 Hour Ergonomics Training Class
and has passed a written knowledge assessment**

## COURSE FOR ERGONOMICS
### WORKPLACE ERGONOMICS CLASS

Kasey J. Caudill

Melbourne, FL

Date of Course Completion: 06/11/2025

Valid for 1 Year

Certificate Number: 1484562

This Program ID: 686432, has been approved for
1HR (General) recertification credit hours
toward aPHR®, aPHRi™, PHR®, PHRca®,
SPHR®, GPHR®, PHRi™ and SPHRi™
recertification through HR Certification
Institute® (HRCI®).

Verify the authenticity of this certificate by
visiting: NALearning.org/Verify

Mr. Robert A. Williams, Course Instructor
(888) 338-8855 | certificate@courseforergonomics.com




# Certificate of Completion

**This certifies that the person named below has completed a**
**1 Hour First Aid Training Class**
**and has passed a written knowledge assessment**

## COURSE FOR FIRST AID

### FIRST AID TRAINING CLASS

Kasey J. Caudill

Melbourne, FL

Date of Course Completion: 06/13/2025

Valid for 2 Years

Certificate Number: 1485861

This Program ID: 686415, has been approved for 1HR (General) recertification credit hours toward aPHR®, aPHRi™, PHR®, PHRca®, SPHR®, GPHR®, PHRi™ and SPHRi™ recertification through HR Certification Institute® (HRCI®).

Verify the authenticity of this certificate by visiting: NALearning.org/Verify

Mr. Robert A. Williams, Program Director
(888) 338-8855 | certificate@courseforfirstaid.com




# Certificate of Completion

## This certifies that the person named below has completed a
## 1 Hour Food Handler Class
## and has passed a written knowledge assessment

### COURSE FOR FOOD SAFETY
### FOOD HANDLER CLASS

Kasey J. Caudill

Melbourne, FL

Date of Course Completion: 06/17/2025

Valid for 3 Years

Certificate Number: 1489509

This Program ID: 686423, has been approved for 1HR (General) recertification credit hours toward aPHR®, aPHRi™, PHR®, PHRca®, SPHR®, GPHR®, PHRi™ and SPHRi™ recertification through HR Certification Institute® (HRCI®).

Verify the authenticity of this certificate by visiting: NALearning.org/Verify

Mr. Robert A. Williams, Course Instructor
(888) 338-8855 | certificate@courseforfoodsafety.com




# Certificate of Completion

**This certifies that the person named below has completed a
4 Hour HIV/AIDS Awareness And Prevention Class
and has passed a written knowledge assessment**

## COURSE FOR HIV/AIDS

### HIV/AIDS AWARENESS CLASS

Kasey J. Caudill

3955 Post Rd., Melbourne, FL 32934

Date of Birth: 10/12/1996

Date of Course Completion: 06/10/2025

Certificate Number: 1483271



Verify the authenticity of this certificate by
visiting: NALearning.org/Verify

Mr. Robert A. Williams, Course Instructor
(888) 338-8855 | certificate@courseforhivaids.com

# Certificate of Completion

**This certifies that the person named below has completed a
1 Hour Human Trafficking Awareness and Prevention Class**

COURSE FOR HUMAN TRAFFICKING

TRAFFICKING AWARENESS & PREVENTION CLASS

Kasey J. Caudill

3955 Post Rd., Melbourne, FL 32934

Date of Course Completion: 05/23/2025

Valid for 1 Year

Certificate Number: 1468210

This Human Trafficking Awareness and
Prevention Class has received approval from the
Florida Department of Business & Professional
Regulation (DBPR), Division of Hotels and
Restaurants, in accordance with Section
509.096, Florida Statutes.

Verify the authenticity of this certificate by
visiting: NALearning.org/Verify

Mr. Robert A. Williams, Course Instructor
(888) 338-8855 | certificate@courseforhumantrafficking.com

 

# Certificate of Completion

## This certifies that the person named below has completed a
## 4 Hour Life Skills Class

### COURSE FOR LIFE SKILLS

### LIFE SKILLS CLASS

Kasey J. Caudill

3955 Post Rd., Melbourne, FL 32934

Date of Birth: 10/12/1996

Date of Course Completion: 05/28/2025

Certificate Number: 1471968



Verify the authenticity of this certificate by
visiting: NALearning.org/Verify

Mr. Robert A. Williams, Course Instructor
(888) 338-8855 | certificate@courseforlifeskills.com

# Certificate of Completion

**This certifies that the person named below has completed a
4 Hour Theft Awareness Class**

## COURSE FOR THEFT

### THEFT AWARENESS CLASS

Kasey J. Caudill

3955 Post Rd., Melbourne, FL 32934

Date of Birth: 10/12/1996

Date of Course Completion: 06/17/2025

Certificate Number: 1488742



Mr. Robert A. Williams, Course Instructor
Certified Shoplifting and Theft Addiction Specialist (CSTAS)
(888) 338-8855 | certificate@coursefortheft.com

Verify the authenticity of this certificate by
visiting: NALearning.org/Verify

# Certificate of Completion

**This certifies that the person named below has completed a**
**4 Hour Tobacco Awareness Class**

**COURSE FOR TOBACCO**

**TOBACCO AWARENESS CLASS**

Kasey J. Caudill

3955 Post Rd., Melbourne, FL 32934

Date of Birth: 10/12/1996

Date of Course Completion: 05/29/2025

Certificate Number: 1473130

Verify the authenticity of this certificate by
visiting: NALearning.org/Verify

Mr. Robert A. Williams, Course Instructor
(888) 338-8855 | certificate@coursefortobacco.com



H

**Brevard County School District**

| School Name/Address | | Student Name |
|---|---|---|
| 3011 - Eau Gallie High School | Date Entered 9th Grade: 2011 2012 | Caudill, Kasey James |
| 1400 Commodore Blvd. | Graduation Class Of: 2014-15 | 3953 POST RD |
| Melbourne, FL 32935-4199 | | |
| Tel: 321-242-6400 | | MELBOURNE, FL 32934 |

**GPA Summary**

UnWeighted GPA: 0.7307
Weighted GPA: 0.7307
Unweighted Class Rank: 367/413
Weighted Class Rank: 369/413
Total Credits Earned: 7.00
Community Service Hours: 00000
Paid Work Hours:

| Local Student ID | Grade | Gender |
|---|---|---|
| 0207483 | 10 | M - Male |

Ethnicity/Race: White, Non-Hispanic

| Country of Birth | Date of Birth |
|---|---|
| United States [US] | |

Diploma Code:
Adult State of Florida Diploma (GED)[W45]
Diploma Date: Feb 18, 2021

Certificate of Completion Code:
Not applicable [ZZZ]
Certificate of Completion Date:

Date Transcript Printed: May 13, 2025

| ELA/Reading Passed: | EOC Passed: | Awards/Designations: |
|---|---|---|
| | Biology I EOC Pass Date: | Diploma Designation: Z - Not Applicable |
| | Geometry EOC Pass Date: | International Baccalaureate Diploma: Z |
| Algebra I EOC Passed: | US History EOC Pass Date: | Cambridge AICE Diploma: |
| | FCLE EOC Passed: | National Merit Scholarship: |
| N - Student has NOT yet taken and/or successfully | | National Hispanic Scholarship: |
| satisfied Algebra I assessment requirement. | | Seal Of Biliteracy: Z - Not Applicable |
| | | Seal Of Fine Arts: |

Column Names:
Course Number:Course #, CA:Credits Attempted, CE:Credits Earned, S1:Semester 1, S2:Semester 2, FY:Full Year, Q1:Quarter 1, Q2:Quarter 2, Q3:Quarter 3, Q4:Quarter 4, 39W:3rd 9 Weeks

**2011-2012**
**3011 - EAU GALLIE HIGH SCHOOL**

| | Course # | Subject | CA | CE | District | School | Gradelevel | Online Course | Course Assessment Status | Course Flags | S1 | S2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INTENS READ | 1000410XEL | | 1.00 | 1.00 | 05 | 3011 | 09 | N | Z | | D | D |
| ENG 1 | 1001310XEN | | 1.00 | 1.00 | 05 | 3011 | 09 | N | Z | | D | D |
| ALG 1 | 1200310XA1 | | 0.50 | 0.00 | 05 | 3011 | 09 | N | Z | X | F | |
| INTENS MATH | 1200400XEL | | 1.00 | 0.50 | 05 | 3011 | 09 | N | Z | | D | F |
| CRIT THINK ST SKLS | 1700370XEL | | 0.50 | 0.50 | 05 | 3011 | 09 | N | Z | | C | |
| INTEG SCI I | 2002400XSC | | 1.00 | 0.50 | 05 | 3011 | 09 | N | Z | | D | F |
| INTROD SOCIAL SCI | 2104300XSS | | 1.00 | 0.50 | 05 | 3011 | 09 | N | Z | | D | F |
| CAR RESA&DECI MAK | 1700380XEL | | 0.50 | 0.00 | 05 | 3011 | 09 | N | Z | | | F |

GPA 0.7500    Credits earned 4.00
Cumulative Credits 4.00

**2012-2013**
**3011 - EAU GALLIE HIGH SCHOOL**

| | Course # | Subject | CA | CE | District | School | Gradelevel | Online Course | Course Assessment Status | Course Flags | S1 | S1 | S2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INTENS READ | 1000410XEL | | 1.00 | 0.50 | 05 | 3011 | 09 | N | Z | | F | | D |
| ENG 2 | 1001340XEN | | 1.00 | 0.00 | 05 | 3011 | 09 | N | Z | | F | | F |
| HOPE-PE V | 1506320XPE | | 1.00 | 0.50 | 05 | 3011 | 09 | N | Z | | F | | D |
| BIO 1 | 2000310XBI | | 1.00 | 0.50 | 05 | 3011 | 09 | N | Z | | F | | D |
| WORLD HIST | 2109310XWH | | 1.00 | 0.00 | 05 | 3011 | 09 | N | Z | | F | | F |
| TEAM SPRTS 2 | 1503360XPE | | 0.500 | .500 | 05 | 3011 | 09 | N | Z | | | | C |
| CAR RESA&DECI MAK | 1700380XEL | | 0.500 | .000 | 05 | 3011 | 09 | N | Z | | | | F |
| ALG 1 | 1200310 1A1 | | 0.500 | .500 | 05 | 3011 | 09 | N | Z | I | | B | |
| ALG 1 | 1200310 2A1 | | 0.500 | .500 | 05 | 3011 | 09 | N | Z | I | | C | |

GPA 0.7143    Credits earned 3.00
Cumulative Credits 7.00

Page 1 of 5

Testing Information

| Test Name | Administration Date | SSS Science | Physical and Chemical Sciences | Earth and Space Sciences | Life and Environmental Sciences | Scientific Thinking | SSS Reading |
|---|---|---|---|---|---|---|---|
| Florida Comprehensive Assessment Test (FCAT) | 04/11/2011 | SS: 182, AL: 1, PAS: 397500987 | RS: 4 | RS: 3 | RS: 3 | RS: 3 | N/A |
| | | Words and Phrases in Context | Main Idea, Plot and Purpose | Comparisons and Cause/Effect | Reference and Research | Constructs Meaning from Literature | Constructs Meaning from Informational Text |
| | | N/A | N/A | N/A | N/A | N/A | N/A |
| | | SSS Mathematics | Number Sense, Concepts, and Operations | Measurement | Geometry and Spatial Sense | Algebraic Thinking | Data Analysis and Probability |
| | | N/A | N/A | N/A | N/A | N/A | N/A |
| | | Math PT Points Earnd | NRT Reading | NRT Mathematics | Sci PT Points Earnd | | |
| | | N/A | N/A | N/A | N/A | | |
| Test Name | Administration Date | SSS Science | Physical and Chemical Sciences | Earth and Space Sciences | Life and Environmental Sciences | Scientific Thinking | SSS Reading |
| Florida Comprehensive Assessment Test (FCAT) | 03/09/2010 | N/A | N/A | N/A | N/A | N/A | SS: 273, AL: 2, DS: 1577, PAS: 468600479 |
| | | Words and Phrases in Context | Main Idea, Plot and Purpose | Comparisons and Cause/Effect | Reference and Research | Constructs Meaning from Literature | Constructs Meaning from Informational Text |
| | | RS: 5 | RS: 12 | RS: 5 | RS: 1 | RS: 13 | RS: 10 |
| | | SSS Mathematics | Number Sense, Concepts, and Operations | Measurement | Geometry and Spatial Sense | Algebraic Thinking | Data Analysis and Probability |
| | | SS: 294, AL: 2, DS: 1740, PAS: 468600479 | RS: 6 | RS: 3 | RS: 3 | RS: 3 | RS: 5 |
| | | Math PT Points Earnd | NRT Reading | NRT Mathematics | Sci PT Points Earnd | | |
| | | N/A | N/A | N/A | N/A | | |
| Test Name | Administration Date | SSS Science | Physical and Chemical Sciences | Earth and Space Sciences | Life and Environmental Sciences | Scientific Thinking | SSS Reading |
| Florida Comprehensive Assessment Test (FCAT) | 03/10/2009 | N/A | N/A | N/A | N/A | N/A | SS: 327, AL: 3, DS: 1798, PAS: 04615767 |
| | | Words and Phrases in Context | Main Idea, Plot and Purpose | Comparisons and Cause/Effect | Reference and Research | Constructs Meaning from Literature | Constructs Meaning from Informational Text |
| | | RS: 5 | RS: 18 | RS: 6 | RS: 4 | RS: 19 | RS: 14 |
| | | SSS Mathematics | Number Sense, Concepts, and Operations | Measurement | Geometry and Spatial Sense | Algebraic Thinking | Data Analysis and Probability |
| | | SS: 337, AL: 3, DS: 1790, PAS: 04615767 | RS: 8 | RS: 6 | RS: 7 | RS: 3 | RS: 7 |
| | | Math PT Points Earnd | NRT Reading | NRT Mathematics | Sci PT Points Earnd | | |
| | | N/A | N/A | N/A | N/A | | |
| Test Name | Administration Date | SSS Science | Physical and Chemical Sciences | Earth and Space Sciences | Life and Environmental Sciences | Scientific Thinking | SSS Reading |
| Florida Comprehensive Assessment Test (FCAT) | 03/11/2008 | SS: 342, AL: 3, PAS: 03075635 | RS: 10 | RS: 9 | RS: 9 | RS: 9 | SS: 310, AL: 3, DS: 1649, PAS: 03075636 |
| | | Words and Phrases in Context | Main Idea, Plot and Purpose | Comparisons and Cause/Effect | Reference and Research | Constructs Meaning from Literature | Constructs Meaning from Informational Text |
| | | RS: 5 | RS: 12 | RS: 12 | RS: 2 | RS: 19 | RS: 12 |
| | | SSS Mathematics | Number Sense, Concepts, and Operations | Measurement | Geometry and Spatial Sense | Algebraic Thinking | Data Analysis and Probability |

020748... Gaddum, Kasey James ... 2012 Brevard Adult Ed at Melbourne...

| | | SS: 329, AL: 3, DS: 1650, PAS: 38551352 | RS: 9 | RS: 6 | RS: 5 | RS: 6 | RS: 5 |
| | | Math PT Points Earnd | NRT Reading | NRT Mathematics | Sci PT Points Earnd | | |
| | | RS: 8 | SS: 618, NP: 28 | SS: 622, NP: 36 | RS: 5 | | |

| Test Name | Administration Date | SSS Science | Physical and Chemical Sciences | Earth and Space Sciences | Life and Environmental Sciences | Scientific Thinking | SSS Reading |
|---|---|---|---|---|---|---|---|
| Florida Comprehensive Assessment Test (FCAT) | 03/01/2007 | N/A | N/A | N/A | N/A | N/A | SS: 333, AL: 3, DS: 1660, PAS: 44227777 |
| | | Words and Phrases in Context | Main Idea, Plot and Purpose | Comparisons and Cause/Effect | Reference and Research | Constructs Meaning from Literature | Constructs Meaning from Informational Text |
| | | RS: 5 | RS: 19 | RS: 10 | RS: 3 | RS: 18 | RS: 19 |
| | | SSS Mathematics | Number Sense, Concepts, and Operations | Measurement | Geometry and Spatial Sense | Algebraic Thinking | Data Analysis and Probability |
| | | SS: 314, AL: 3, DS: 1517, PAS: 04598005 | RS: 8 | RS: 4 | RS: 4 | RS: 5 | RS: 2 |
| | | Math PT Points Earnd | NRT Reading | NRT Mathematics | Sci PT Points Earnd | | |
| | | N/A | SS: 615, NP: 36 | SS: 625, NP: 57 | N/A | | |

| Test Name | Administration Date | SSS Science | Physical and Chemical Sciences | Earth and Space Sciences | Life and Environmental Sciences | Scientific Thinking | SSS Reading |
|---|---|---|---|---|---|---|---|
| Florida Comprehensive Assessment Test (FCAT) | 03/08/2006 | N/A | N/A | N/A | N/A | N/A | SS: 374, AL: 4, DS: 1749 |
| | | Words and Phrases in Context | Main Idea, Plot and Purpose | Comparisons and Cause/Effect | Reference and Research | Constructs Meaning from Literature | Constructs Meaning from Informational Text |
| | | RS: 7 | RS: 20 | RS: 11 | RS: 3 | RS: 27 | RS: 14 |
| | | SSS Mathematics | Number Sense, Concepts, and Operations | Measurement | Geometry and Spatial Sense | Algebraic Thinking | Data Analysis and Probability |
| | | SS: 324, AL: 3, DS: 1411 | RS: 9 | RS: 7 | RS: 2 | RS: 5 | RS: 3 |
| | | Math PT Points Earnd | NRT Reading | NRT Mathematics | Sci PT Points Earnd | | |
| | | N/A | SS: 617, NP: 47 | SS: 610, NP: 52 | N/A | | |

| Test Name | Administration Date | Rationals, Radicals, Quadratics, and Discrete Mathematics | Functions, Linear Equations, and Inequalities | Polynomials | Algebra 1 Total |
|---|---|---|---|---|---|
| Florida End-of-Course Assessment – Algebra 1 (ECA) | 05/06/2013 | RS: 1 | RS: 5 | RS: 2 | SS: 368, AL: 1, PAS: C14431013 |
| Test Name | Administration Date | Rationals, Radicals, Quadratics, and Discrete Mathematics | Functions, Linear Equations, and Inequalities | Polynomials | Algebra 1 Total |
| Florida End-of-Course Assessment – Algebra 1 (ECA) | 12/04/2012 | RS: 2 | RS: 2 | RS: 2 | SS: 359, AL: 1, PAS: C11018066 |
| Test Name | Administration Date | Rationals, Radicals, Quadratics, and Discrete Mathematics | Functions, Linear Equations, and Inequalities | Polynomials | Algebra 1 Total |
| Florida End-of-Course Assessment – Algebra 1 (ECA) | 05/07/2012 | RS: 4 | RS: 10 | RS: 3 | SS: 390, AL: 2, PAS: C10068987 |

| Test Name | Administration Date | Biology 1 TOTAL | Molecular and Cellular Biology | Classification, Heredity, and Evolution | Organisms, Populations, and Ecosystems |
|---|---|---|---|---|---|
| Florida End-of-Course Assessment – Biology 1 (EB1) | 04/29/2013 | SS: 372, AL: 2, PAS: C14429870 | RS: 1 | RS: 5 | RS: 9 |

## IMMUNIZATIONS

| Vaccination | Exemption | Comply | Vaccination Date 1 | Vaccination Date 2 | Vaccination Date 3 | Vaccination Date 4 | Vaccination Date 5 | Vaccination Date 6 | Vaccination Date 7 | Temp Exempt Date |
|---|---|---|---|---|---|---|---|---|---|---|
| VZV (Varicella) vaccine | | | Dec 18, 1997 | | | | | | | |
| Td (Tetanus-Diphtheria) vaccine | | | Feb 16, 2004 | | | | | | | |
| MMR (Measles, Mumps and Rubella) vaccine | | | Dec 18, 1997 | Apr 25, 2002 | | | | | | |
| Hepatitis B Vaccine | | | Dec 30, 1996 | Mar 12, 1997 | Sep 9, 1997 | | | | | |
| DTP vaccine | | | Dec 30, 1996 | Mar 12, 1997 | May 13, 1997 | Apr 10, 1998 | | | | |
| Polio vaccine | | | Dec 30, 1996 | Mar 12, 1997 | May 13, 1997 | Apr 25, 2002 | | | | |
| Hib Haemophilus Influenza Type B vaccine | | | Dec 30, 1996 | Mar 12, 1997 | May 13, 1997 | Apr 10, 1998 | | | | |

## INDUSTRY CERTIFICATIONS

| School Year | District Number | School Number | CTE/AGE Program Code | Course Number | Industry Certification Identifier | Industry Certification Outcome | Date Earned | Date Reported | Dual Enrollment Institution Type | Information System | Exclude from State Reporting | Career and Professional Academy Identifier | Teacher Verification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

Page 4 of 5

0207483 - Gaddum Kasey James

GRADUATION PROGRAM: ST Standard HS 26c 1415-2122                                         YEAR ENTER 9TH GRADE: 2011/2012

## GRADUATION SUBJECT SUMMARY

| Subject Area | Credits Required | Credits Completed | Credits Remaining |
|---|---|---|---|
| ENGLISH | 4 | 1 | 3 |
| ALGEBRA 1 | 1 | 1 | 0 |
| GEOMETRY | 1 | 0 | 1 |
| MATHEMATICS | 2 | 0 | 2 |
| BIOLOGY | 1 | 0.5 | 0.5 |
| EQ SCIENCE | 0 | 0 | 0 |
| SCIENCE | 3 | 0.5 | 2.5 |
| AMERICAN HISTORY | 1 | 0 | 1 |
| WORLD HISTORY | 1 | 0 | 1 |
| ECONOMICS | 0.5 | 0 | 0.5 |
| AMERICAN GOVERNMENT | 0.5 | 0 | 0.5 |
| SOCIAL STUDIES | 1 | 0.5 | 0.5 |
| PRACTICAL ARTS | 0 | 0 | 0 |
| PERFORMING FINE ARTS | 1 | 0 | 1 |
| PHYSICAL EDUCATION | 1 | 0.5 | 0.5 |
| FOREIGN LANGUAGE | 0 | 0 | 0 |
| FL FRENCH | 0 | 0 | 0 |
| FL LATIN | 0 | 0 | 0 |
| FL SPANISH | 0 | 0 | 0 |
| FL CHINESE | 0 | 0 | 0 |
| LIFE MANAGEMENT | 0 | 0 | 0 |
| ELECTIVES | 8 | 3 | 5 |
| Cumulative Credits Completed : 7.00 | | | |

## CERTIFIED BY

Signature: _____        Date: _____

School Seal

## GENERAL COMMENTS

### COURSE FLAGS

| | | |
|---|---|---|
| 9 = Ninth Grader | L = Virtual Course (Online) | T = Transferred Course |
| C = Correspondence Course | N = No Credit | U = Vocational Dual Enrollment |
| E = Academic Scholar- Elective | P = Course in Progress | W = Excluded from State GPA |
| G = Gifted | R = Academic Scholar –Requirement | X = Excluded from GPA |
| H = Honors | S = Credit awarded by SLEP Exam | Y = Course Taken thru Adult Ed |
| I = Included in GPA | | |

### CAREER & TECH SUBSTITUTION COURSES

| | | |
|---|---|---|
| 0 = JROTC Sub for Practical Arts | 7 = Sub Anat Physio 2000350 | @ = Sub for Bio Tech 2000430 |
| 1 = Comp Ed Sub for Practical Arts | 8 = Sub for Pre-Algebra 1200300 | # = Sub for Env Sci 2001340 |
| 2 = Sub for Bus En 1 – 1001440 | A = JROTC Cst Gd Sub for Science | $ = Journalism Sub for Prac Arts |
| 3 = Sub for Bus En 1 1001440/ 2- 1001450 | F = JROTC Air Fc Sub for Science | % = Sub for Phy Sci 2003310 |
| 4 = Sub for MA 1 – 1205540 | K = JROTC Navy Sub for Science | * = Sub for crse spec on following line on crse list |
| 5 = Sub for MA 1 – 1205380/ 2 – 1205390 | O = JROTC Army Sub for Life Mgmt | |
| 6 = Sub for Gen Sci 2002310/8427100 | Q = JROTC Marine Sub for Life Mgmt | |

### ELL INSTRUCTION COURSE FLAGS

| | | |
|---|---|---|
| B = Home Lang and/or ESOL instruction (Elem Self-Cnt) | D = ESOL Instruction | M = Home Language Instruction |

## STATE GRADING SCALE FOR HIGH SCHOOL STUDENTS (REGARDLESS OF ENTRY DATE)

| | | | | | |
|---|---|---|---|---|---|
| Grading Scale Prior to 1997-1998 | A=100-94 | B=93-85 | C=84-75 | D=74-65 | F=64-0 |
| Grading Scale 1997-1998 to 2000-2001 | A=100-94 | B=93-85 | C=84-77 | D=76-70 | F=69-0 |
| Grading Scale Starting July 1, 2001 | A=100-90 | B=89-80 | C=79-70 | D=69-60 | F=59-0 |

## ADDITIONAL LETTER GRADES

| | | |
|---|---|---|
| FA = Failing due to Absences | P = Passing | U = Unsatisfactory |
| I = Incomplete | S = Satisfactory | W = Withdrew (Dual Enrolled Only) |
| N = Needs to Improve | SB = Florida Seal of Biliteracy Program Eligible | WF = Withdrew Failing (Virtual Only) |
| NG = Not Graded | T = Passed Exam (AP, EOC, CLEP) | WP = Withdrew Passing (Virtual Only) |

## QUALITY POINTS - UNWEIGHTED AND WEIGHTED SCALES FOR GPA CALCULATION

| | | | | | |
|---|---|---|---|---|---|
| Quality Points – Non-Weighted Scale | A=4.0 | B=3.0 | C=2.0 | D=1.0 | F=0 |
| Quality Points - Weighted Scale for Level 3 Courses | A=4.5 | B=3.5 | C=2.5 | D=1.5 | F=0 |
| Quality Points - Weighted Scale for Advanced Programs Courses (Dual Enrollment/AP/IB/AICE) | A=5.0 | B=4.0 | C=3.0 | D=2.0 | F=0 |