# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                         **CASE NO: 6:25-cr-49-AGM-NWH**

**KASEY JAMES CAUDILL**

| JUDGE: | Anne-Leigh Gaylord Moe | COUNSEL FOR GOVERNMENT: | Kaley Austin-Aronson |
|---|---|---|---|
| DEPUTY CLERK: | Regina Fermer | COUNSEL FOR DEFENDANT: | Aziza Hawthorne |
| COURT REPORTER: | Heather Suarez heather@stenosuarez.com | PRETRIAL/PROBATION: | Omayra Hernandez |
| SCHEDULED DATE/TIME: | April 28, 2026 2:47pm-3:50pm **Total Time: 1hr 3 mins** | INTERPRETER: | Not Required |

## MINUTES ON SENTENCING

Defendant placed under oath.
Connie Caudill makes unsworn statement.

**SENTENCE IMPOSED as to Counts One and Two of the Superseding Information.**

Counts One through Six of the Indictment and the underlying Indictment are dismissed in accordance with the Plea Agreement.

**INCARCERATION**: **LIFE**. This term consists of a life term as to Counts One and Two, all such terms to run concurrently. The terms of imprisonment imposed by this judgment shall run concurrently with the defendant's term of imprisonment imposed pursuant to the judgment in Docket Number 2021-CF-029533, Brevard County Circuit Court.

**SUPERVISED RELEASE**:  **LIFE.** This term consists of a life term as to Counts One and Two, all such terms to run concurrently.
   *Special conditions of supervised release:*
   Mental Health Conditions Imposed.
   Sex offender conditions:
   Defendant shall participate in a mental health treatment program specialized for sex offenders.
   Defendant shall have no direct contact with minor children
   Media and computer restrictions imposed.
   Defendant shall register with all sex offender registries as required by law.

- 2 -

 Defendant shall have no contact, direct or indirect, with victims identified in Counts One and Two.
Search conditions imposed.
Credit conditions imposed.
Defendant shall cooperate in the collection of DNA.
Mandatory drug testing requirements are imposed.

**FINE:** waived.

**SPECIAL ASSESSMENT:** $200.00, due immediately.

**RESTITUTION:** Deferred. Defense will let the Court know if Mr. Caudill waives his right to be present at the hearing.

**FORFEITURE ORDERED** of those assets identified in the Final Order of Forfeiture entered at doc. # 63.

The defendant is **remanded** to the custody of the United States Marshal.

The Court would like the Bureau of Prisons to be aware of the defendant's food allergies and recommends to the Bureau of Prisons that the defendant:
1. Be evaluated for suicide risk.
2. Be placed at FCI Coleman for familial proximity.
3. Receive mental health and sexual offender treatment.
4. Participate in the Residential Drug Abuse Program (RDAP).

Defendant advised of right to appeal.