**Austin-Aronson, Kaley (USAFLM)**

Subject:                    FW: [EXTERNAL] Kasey Caudill

From: Brittany Hammer <brittany.hammer1@aol.com>
Sent: Monday, March 16, 2026 9:46 AM
To: Flanigan, Patrick (USAOKE) <Patrick.Flanigan@usdoj.gov>
Subject: [EXTERNAL] Kasey Caudill

**Honorable Judge,**

My name is Brittany Hammer. I am the mother of Kason, the child referenced in the letters submitted by Kasey Caudill and his mother, Connie Caudill.

I worked with Mr. Caudill for two years beginning in 2019, and during that time we developed a close friendship. After both of our previous relationships ended, we began dating. I became pregnant.  Throughout our friendship and relationship, I had absolutely no knowledge that he was facing serious criminal charges. He never disclosed that he was in legal trouble, had been charged with any offenses, or was potentially facing incarceration. He was present during my pregnancy while we continued our relationship. When I was eight months pregnant, I learned that he was being charged with aggravated assault. This came as a complete shock to me. When I confronted him, he minimized the situation and claimed it stemmed from issues with a former girlfriend who was upset with him.

I gave birth to my son, Kason, on July 17, 2021. When Kason was just one week old, Mr. Caudill locked us in a bathroom with a boarded window and refused to allow me to leave the home with my newborn. He would not give me the car seat so that I could transport my son safely. When I was finally able to escape, I ran from the house holding my baby. As I was leaving, Mr. Caudill struck me in the back of the head while I was carrying our child. I locked myself in my car and drove home in fear for my life, without a car seat for my infant because I believed we were in immediate danger. His mother, Connie Caudill, was on her way to the the residence prior to the incident and repeatedly called me, asking me to return to the house after I had left.

After our relationship had ended he essentially stalked me to my new boyfriend's house and was told by my prior boyfriend to leave. My boyfriend had to go to work and once he had left Mr Caudill returned to the residence and vandalized my vehicle including ripping off both of my outside mirrors and going inside of my vehicle and emptying the contents of my purse onto the driveway. He then fled the scene. I called the police and he was arrested but I ultimately decided not to press charges.

There are additional incidents I could describe, but I believe this example demonstrates the nature of my concerns.

1

Mr. Caudill was arrested in August 2021, when my son was one month old. At that time, I still did not understand the full extent of the charges against him. Once I learned the seriousness of the offenses, I informed Connie Caudill that I did not want any contact between Mr. Caudill and my son for the safety of my child.

Despite this, boundaries have repeatedly been violated. I initially allowed my son to maintain a limited relationship with his grandmother, typically one visit per week, and sometimes less. However, due to concerning behavior and statements my son later made after visits, I ultimately ended that contact as well.

I have read the letters submitted to the Court claiming that Mr. Caudill and his mother served as primary caregivers to my child. That is not accurate. Mr. Caudill has never financially supported Kason, nor has he acted in a consistent parental role. His legal circumstances and probation further limited any involvement. I am in the process of having my son's last name changed because I do not want my son to suffer the repercussions of what his father has done. I plan on obtaining full custody as soon as he is sentenced.

My heart is absolutely broken for the children that he has victimized and I firmly believe that his actions will only escalate.

I also would respectfully ask for a no contact order between Mr. Caudill and my son Kason. Mr. Caudill is asking this Court for mercy. I respectfully ask the Court to consider the safety of my son, myself, and other children. Based on my experiences and the seriousness of his actions, I am requesting that no leniency be granted.

Thank you for your time and consideration.

Respectfully,

Brittany Hammer

2